429 A.2d 63

Commonwealth v. McDonald, Appellant.

Argued April 14, 1980. John A. Stets, Public Defender, for appellant; Charles Morris, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.